JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA PERRY,<br><br>      Plaintiff,<br><br>   v.<br><br>WAL-MART ASSOCIATES, INC., et al.,<br><br>      Defendants. | Case No.  CV 22-2804-GW-MAAx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the Joint Motion for Dismissal with Prejudice, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: September 22, 2022

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE